**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS WELCH | No. 1:26-mj- |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Whisman, being first duly sworn, hereby deposes and states as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been for approximately 24 years. I am currently assigned to the Portland Resident Agency of the Boston Division. Prior to becoming a Special Agent with the FBI, I was employed for about seven years as a Police Officer with the West Chicago, Illinois Police Department. Since joining the FBI, I have investigated violations of federal law, to include violent crimes. Further, as a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint and arrest warrant.

3.      Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1366 (Destruction of an Energy Facility) have been committed by Thomas Welch.

## PROBABLE CAUSE

4.      On February 15, 2026, at approximately 12:18 AM, multiple residents in the area of Maxcy's Mills Road in Windsor, Maine began reporting gunshots in the vicinity. Maine State Police were dispatched to the area and found no signs of recent gunfire and no damage to property had been reported. The area around a Central Maine Power (CMP) substation located at 258 Maxcy's Mills Road was searched but nothing was found to indicate there had been gunfire at the location. At approximately 3:26 AM, CMP reported their substation at 258 Maxcy's Mills Road had in fact been shot, and some equipment was leaking oil. The Maine State Police returned to the substation and processed the scene for evidence. Maine State Police noted numerous bullet defects in the equipment and buildings at the site and located numerous spent shell casings in the area.

5.      On February 15, 2026, at approximately 3:15 AM, the Town of Winslow, Maine lost power and began getting a number of alarms and a report of possible gunshots heard from the area of a road called Chickadee Trail in Winslow, Maine. Winslow Police went to the area of a nearby CMP substation located at 765 Benton Avenue in Winslow and located numerous shell casings in the roadway. The Winslow Police recovered 52 shell casings from one general area at the location. The police could also see visible damage to a transformer at the substation.

6.      On February 15, 2026, at approximately 4:15 AM, officers from the Augusta Police Department responded to reports of shots fired in the area of 161 Capitol Street in Augusta, Maine. Augusta Police searched the area and found spent bullet shell casings near the CMP substation located at 120 Capitol Street in Augusta, Maine. Officers saw holes in equipment at the substation with oil leaking out of them.

7.    According to a representative from CMP, the damage sustained to the three power substations was substantial with cost estimates being several million dollars. CMP advised that 8,415 customers lost power for about 36 minutes due to damage at the Winslow station and that 1,964 customers lost power for about 1 hour and 6 minutes due to damage at the Augusta station.

8.    On Sunday February 15, 2026, at approximately 10:34 a.m., Witness 1 called the police to advise that a male, named Thomas Welch, who shot up the substation wanted to turn himself in. A short time later, at approximately 10:55 a.m., Thomas Welch (hereinafter, "WELCH") arrived at the Winslow Police Department with Witness 1. The Winslow Police met WELCH in the parking lot after he arrived and went into an interview room at the police station soon after. From conversation that took place between WELCH and the police, it was determined that WELCH was there to turn himself in for the substation shootings but WELCH didn't want to talk about all the details without a lawyer. Investigators administered Miranda warnings to WELCH and WELCH agreed to speak with investigators, but WELCH maintained there were some details he didn't want to talk about without a lawyer. WELCH went on to be interviewed by investigators and provided some facts related to the shootings, but would not tell investigators why he committed the shootings.

9.    During the interview with law enforcement, WELCH told investigators that he hit the substations in the following order: Windsor, Winslow, Augusta. WELCH confirmed that everything that was used the prior night was still in his 2018 Chevrolet Suburban that was parked at his shop. WELCH explained the Suburban contained a lot of weapons and ammunition. WELCH further told investigators that he had more weapons and ammunition at his shop. WELCH told investigators that he wasn't intending

on hurting any people and he made no efforts to hide what he did, noting there are a lot of cameras. WELCH maintained possession of his cell phone during most of the interview and freely used it while speaking with investigators. While speaking with an investigator, WELCH pulled up his Facebook page and showed the investigator two posts he made with the definitions of "obedient" and "civil disobedience." WELCH asked the investigator if what he showed him shed any light on it, but would not explain further. When discussing the shooting in Augusta, WELCH told an investigator he drove by Capitol Police and he thought the officer would have been able to watch him. When discussing the Windsor shooting, WELCH said he shot at one of the cameras with his AR (rifle) trying to take it out. WELCH further told the investigator he should be able to be seen on the cameras from the substation.

10.    Video surveillance recordings from Maine Public Employees Retirement System located at 139 Capitol Street, Augusta, Maine, a building across the street from the CMP substation in Augusta, were obtained by the Augusta Police Department. I was provided a copy of the video recordings and reviewed the content. The video footage shows what appears to be a grey-colored Chevrolet Suburban approaching the location of the Augusta CMP substation at approximately 4:11 a.m. on February 15, 2026. The video shows the Chevrolet slow down as it approached the substation. The footage appears to show an object projecting out of the driver's side window of the Chevrolet, followed by flashes coming from the direction of the substation, which appears to be the substation being hit with gunfire. The Chevrolet stops for a short time as the object projecting out of the driver's side window is brought back inside the vehicle. According to the footage, the driver then projects an object out of the window again and at least one round appears to

have been fired towards the substation. This round appears to be a tracer round[1], as the footage showed a visible flash of light coming from the Chevrolet and going towards the substation. At about 4:12 a.m., the Chevrolet drove away. From the footage, I was able to observe what appeared to be a decal running almost the entire length of the passenger side rear window on the Chevrolet. The quality of the video did not reveal the details of the decal.

11.     According to State of Maine Bureau of Motor Vehicle ("BMV") records, WELCH owns a grey-colored 2018 Chevrolet Suburban with Maine registration 681BMH.

12.     On February 15, 2026, photographs were taken by the Maine State Police and Winslow Police Department of WELCH'S Chevrolet Suburban described above. Those photographs show that WELCH'S vehicle has a decal on the rear passenger side window with the words "Mainely Handrails, LLC", along with a graphic and website address that runs almost the length of the window.

13.     On March 02, 2026, I reviewed the public Facebook page for Mainely Handrails. The review revealed posted pictures that showed a grey Chevrolet Suburban with this same decal on the window. The pictures observed were from 2021 and 2023 and the Maine license plate shown on the Chevrolet at the time was Maine registration plate number 5653 YA. A check of this license plate through Maine BMV records revealed it was the registration for the same Chevrolet Suburban registered to Welch bearing plate 681 BMH. According to BMV records, the plate 5653 YA expired on July 31, 2023, and the plate 681 BMH was issued September 15, 2025 . The Facebook page for Mainely Handrails also listed a website of http://mainelyhandrailsllc.com. My review of this

---

[1] A tracer round or ammunition has a pyrotechnic charge that ignites upon firing, creating a visible trail of light.

website showed that Mainely Handrails is a metal fabrication shop located at 25 West Street, Fairfield, Maine and lists that Tom Welch and Tracy Welch are the owners.

14.     On March 2, 2026, I reviewed the publicly accessible material on WELCH'S Facebook account, www.facebook.com/thomas.welch.71.  The account was listed under the name "Thomas Welch." The personal information of the user or owner of the account included that they were from Winslow, Maine, and that they currently lived in Fairfield, Maine.  The user of the account also listed a full date of birth, which is WELCH'S date of birth, and indicated that they owned the business Mainely Handrails.

15.     During a review of the public content on the Facebook account on February 15, 2026, FBI personnel observed that the cover photo for the account depicted an adult male, who resembled WELCH, holding a rifle and appearing to aim the firearm.  During my review of the Facebook account on March 02, 2026, that cover photo was no longer active or displayed as the cover photo, but it was still present as a prior photo associated with the account.

16.     From my review of the Facebook account, I observed two posts on February 13, 2026, made at approximately 7:10 a.m., that were screenshot images showing the dictionary definition for the words "obedient" and "civil disobedience."  The screenshots appeared as if they were taken using a cellular phone as the images included icons along the top showing things such as the time, cellular signal meter, and battery percentage. One of the screenshots showed icons along the top for applications, one of which was the icon for Facebook. The screenshots further included a search or URL box that showed the text "google.com/search." The definition posted for "civil disobedience" included the following: "the refusal to comply with certain laws or to pay taxes and fines." The definition posted for "obedient" included the following "complying or willing to comply

with orders or requests; submissive to another's will." In response to the obedient definition post, a Facebook user made the comment: "Im not following this?" A response was made from WELCH'S Facebook account with the following comment: "are you fine with complying to our Corrupt State and Federal Government?" Other posts made by WELCH'S Facebook account included the following:

a. On December 15, 2025:"How many more mass shootings is the media going to continue to play over and over??? Let's give all the nutjobs out there to see how much attention is given to them to slaughter innocent people! Oh, and keep it gong on how bad guns are, not how nutty the fruitcakes are, doing these acts! If you show these shootings enough, it keeps a percentage of population thinking guns are bad, so take more rights from the good gun owners across this country! It's all tactics!!! They've been doing it for years! When is it going to be Enough!?!? Psychological warfare, that I've only recently figured out has been played on us all! Some of us are waking up from it, most are going to be good peasants to the government, while those that are waking up painfully watch."

b. On December 11, 2025: "We're being DOOPED! How much longer do we have restraint?!?! We all look like idiots continuing to let this %@#$ happen, like there isn't anything we can do about it! State Governments fix, more taxes on your Netflix and don't forget to go after us 3rd class citizens that smoke! Only to use the funds for more fraudulent agendas. When we get to $.75 of every dollar you work for, goes to local, state, and federal taxes, how we going to like that!?!? We are all government employees, we have been for years! We are currently giving the local, sate, and federal

government $.52 of every dollar we earn to them! Meanwhile people can't make ends meet, but every week all 3 of these governments show up on Friday for their cut. The mob doesn't get away this, but our Government does! Chew on that this holiday season when your wearing your sweatshirt around the house because you can't afford to turn heat up because the government needs their cut, no matter what!!! I hope I pissed you off this morning! This isn't a Left, or Right thing, this is all of us getting the #!@$%^ put to us!!!!". This post also included a TikTok video discussing corruption and fraud within the Maine state government.

c. On September 22, 2025: "The Prime Minister of Israel has now threatened China and Iran. Why does a country the size of Los Angeles with 9 million citizens make threats like these? I assume it is because it is backed by our tax dollars! We supply them with all the best weaponry they need! Israel is not a victim! Israel is the perpetrator!! We have all been dooped by our Government Officials and the media! I'm Angry that I have been lied to by our Government Officials!!! Everyday I'm getting more angry, as more of the curtain is getting pulled back! I've voted since the day I became old enough. I now know that none of my votes mattered! My elected officials have voted on what is best for Israel, not what's best for me and my fellow Americans. I'm done sitting back and watching my country getting sold out by my elected officials!! Susan Collins Jared Golden and Angus King all receive AIPAC money! Recently 5 officials from Maine went to Israel to stand with the Prime Minister of Israel. I'm disgusted that this took place! I don't know who the 5 was, but I'll be sure to find out! The sign on stage said

1 Israel 50 States. I suppose that's why the Prime Minister of Israel is making threats to China and Iran! He's got the full backing of the United States Government, but not it's citizens, Not this citizen! The day of answering to us is coming! Hoping it's sooner than later! There's millions of us across this great country that have had enough! You will here us soon, you've pushed us to our limits! The psychological warfare you've been using on us for too many years, is over!".

17.    On February 18, 2026 and March 12, 2026, I participated in interviews of Witness 1, a friend of WELCH and a retired law enforcement officer. Witness 1 advised that he had been contacted by one of WELCH'S brothers (hereinafter, "Brother 1") on the morning of February 15, 2026, who advised Witness 1 that WELCH had done something. Witness 1 said he was told by Brother 1 to come over to Brother 1's house, which Witness 1 did. Upon arriving at the house, Witness 1 met with Brother 1 and another one of WELCH's brothers (hereinafter, "Brother 2").  WELCH joined Witness 1 and the two brothers at Brother 1's home.  Brother 1 told Witness 1 that WELCH had shot at some transformers. According to Witness 1, WELCH stated that he had gone to the Augusta station first and was watched by a State Trooper. Witness 1 said he left Brother 1's home and was later contacted by WELCH, who wanted Witness 1's assistance in turning himself in for the shootings. Witness 1 said he contacted dispatch for the police and drove WELCH to the Winslow Police Department later in the morning on February 15, 2026. Witness 1 advised that WELCH had been recently stock piling guns and that he had twenty to thirty guns. Witness 1 said WELCH had no plans of overthrowing the government and didn't know why WELCH shot at the transformers. Witness 1 said he thought that WELCH was disgusted with the State government, but not the Federal government. Witness 1 had seen

WELCH'S Facebook post with the definition of civil disobedience but he didn't know what it was about. After WELCH was arrested, Witness 1 noticed people were making comments on WELCH'S Facebook page so Witness 1 took WELCH'S Facebook page offline for 7 days, which is an option provided by Facebook. Witness 1 was able to access WELCH'S Facebook account by logging into the account from a computer located at WELCH'S business, Mainely Handrails. Witness 1 also accessed WELCH'S email via Microsoft Outlook to complete the log in process to Facebook. Witness 1 said he did not make any changes or deletions to WELCH'S Facebook content.

18.    I participated in an interview of Brother 1 on February 19, 2026. Brother 1 advised that he didn't know why WELCH shot at the power stations and that it was not like him. Brother 1 said WELCH sent out a group text message that day, which Brother 1 was a recipient of, stating that WELCH had "fucked up." Brother 1 spoke with WELCH on the phone after receiving the text and added that WELCH went to Brother 1's home after the phone call.

19.    Also on February 19, 2026, I participated in an interview of another witness, Witness 2. Witness 2 said she was told by WELCH via text message on Sunday, February 15, 2026, that he was being detained by the police and that she would see it on Facebook. According to Witness 2, WELCH further messaged that it was related to electricity. Witness 2 said she reviewed Facebook but didn't see what he was texting about. Witness 2 said she didn't know why WELCH did the shootings and that it wasn't like him.

20.    On March 06, 2026, I participated in an interview of another witness, Witness 3. Witness 3 advised she was contacted by WELCH on the evening of February 14, 2026, via text, beginning a short conversation, and asking Witness 3 if she wanted company. Witness 3 subsequently met with WELCH that night at a gas station parking

lot. Witness 3 advised that WELCH arrived at the gas station to meet her while driving a black Chevrolet Suburban that had a Mainely Handrails decal on the side of it. WELCH told Witness 3 that he had a lot going on, describing that he was going through a divorce, he had tax problems, had to reduce the number of employees at his business, and recently had to have his employees hold onto their checks before cashing them. Witness 3 said WELCH discussed his sobriety and the fact that he recently tried THC gummies and another drug because he was feeling bad. WELCH had told Witness 3 he tried the drugs after stopping his anti-depression medication. Witness 3 said WELCH told her that he had plans on doing something that night but wasn't going to go through with it any longer. WELCH told Witness 3 that he wanted to show Witness 3 something and they went to the back of his Chevrolet, where WELCH opened the tailgate. Witness 3 saw a gun in the back of the Chevrolet that was propped up on a stand along with a large metal box that WELCH described was for ammunition. Witness 3 ended the encounter with WELCH a short time later. Witness 3 later learned that WELCH had been arrested for shooting the CMP substations. Witness 3 said she visited WELCH in jail on 02/27/2026. Witness 3 said that during the visit WELCH told her that WELCH wanted to tell her what he was going to do that night, but he just didn't say it.  Witness 3 said WELCH told her that he also went to a station in Albion to shoot that station as well, but he saw houses close by when he got there. Witness 3 advised that WELCH explained that he didn't want to hurt anyone so he didn't do anything at the Albion station, adding that he should be able to be seen on surveillance cameras arriving to the station and turning around there.  Witness 3 advised that WELCH told her that he texted his brothers during the events that night, but no one replied until they woke up later that morning.

21.   On March 10, 2026, I received surveillance video recordings from CMP that captured the Albion substation located at 508 Albion Road, Benton, Maine on 02/15/2026. One of the recordings shows what appears to be a full size SUV pull up to the station and then turn around and drive away. According to CMP, the approximate time the SUV is seen in the recordings was 1:50 AM.

I, Richard Whisman, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Respectfully submitted,

Richard Whisman
Special Agent
FBI

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date:   May 20 2026

City and state:   Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title