**Synopsis**

| | | |
|---|---|---|
| **Name:** | | Thomas Welch |
| **Address:** (City & State Only) | | Winslow, Maine |
| **Year of Birth and Age:** | | 1971/54 |
| **Violations:** | **Count 1:** | 18 U.S.C. § 1366; Destruction of an energy facility |
| **Penalties:** | **Count 1:** | Not more than twenty (20) years imprisonment, not more than $250,000, or both; 18 U.S.C. § 1366; Class C Felony; 18 U.S.C. § 3559(a)(3) |
| **Supervised Release:** | **Count 1** | Not more than three (3) years; 18 U.S.C § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1** | Not more than two (2) years; 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1** | Not more than three (3) years.. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | | N/A |
| **Primary Investigative Agency and Case Agent Name:** | | FBI SA Richard Whisman |
| **Detention Status:** | | Currently in state custody.  Arrest warrant requested. |
| **Foreign National:** | | N/A |
| **Foreign Consular Notification Provided:** | | N/A |
| **County:** | | Kennebec |
| **AUSA:** | | Andrew McCormack |
| **Guidelines apply? Y/N** | | Yes |

| | | |
|---|---|---|
| **Victim Case:** | | Yes |
| **Corporate Victims Owed Restitution:** | | Yes |
| **Assessments:** | | $100 |