AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

United States of America
v.

THOMAS WELCH

_____
Defendant

)
)
)
)
)
)
)

Case No.   1:26-mj-00158-JCN

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Thomas Welch
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1366.


D:     Date and time issued:     **1:11 pm, May 20 2026**

Ci     City and state:     Bangor , ME

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-20-26 . and the person was arrested on *(date)* 5-26-26 at *(city and state)* Augusta, Maine . |
| Date: 5-26-26 |

*Arresting officer's signature*

Special Agent Richard Whisman
*Printed name and title*